IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02376-CMA-BNB

ROBERT STEELE,

      Plaintiff,

v.

STALLION ROCKIES LTD,
STALLION OILFIELD SERVICES LTD,
ANTHONY "BART" STEELE, and
SCOTT ANDERSON,

      Defendants.

_____

## ORDER GRANTING STIPULATED MOTION TO AMEND CASE CAPTION
_____

The parties' Stipulated Motion to Amend Case Caption (Doc. # 17) is GRANTED.

The Court ORDERS the case caption in this matter be amended to read "ROBERT

STEELE, Plaintiff, v. STALLION ROCKIES LTD, STALLION OILFIELD SERVICES LTD,

ANTHONY "BART" STEELE, and SCOTT ANDERSON, Defendants." It is

FURTHER ORDERED that the caption on all subsequent filings shall be set forth

as above.

      DATED: September __30__, 2014

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge