IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2376-CMA-BNB

ROBERT STEELE,

      Plaintiff,

v.

STALLION ROCKIES LTD., STALLION OILFIELD
SERVICES LTD., ANTHONY "BART" STEELE, and SCOTT
ANDERSON,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND AND CLARIFY
SCHEDULING ORDER CONCERNING ANY ANSWER TO BE FILED BY
DEFENDANTS**

---

THIS MATTER comes before the Court upon the Unopposed Motion to Amend and Clarify Scheduling Order With Respect to Any Answer to be Filed by Defendants ("Motion") filed by Defendants Stallion Rockies Ltd., Stallion Oilfield Services Ltd., Anthony "Bart" Steele, and Scott Anderson (collectively "Defendants"), and the Court being fully advised in the premises, hereby GRANTS the Motion.

THE COURT ORDERS that section 9.a. of the Scheduling Order be amended for the purposes of clarification as follows:

### 9. CASE PLAN AND SCHEDULE

    a.    **Deadline for Joinder of Parties and Amendment of Pleadings:**

January 23, 2015. However, this deadline shall not apply to any answer or amended answer to be filed by Defendants following the Court's ruling on Defendants' pending Motions to Dismiss (Doc #s 19 & 20). The deadline for Defendants to file any answer, and amendments thereto, shall be governed by Fed.R.Civ.P. 12(a)(4)(A) and 15(a)(1)(A).

DATED this 21st day of January, 2015.

_____
United States Magistrate Judge