# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02376-CMA-NYW

ROBERT STEELE,

    Plaintiff,

v.

STALLION ROCKIES LTD., STALLION OILFIELD SERVICES LTD., ANTHONY "BART" STEELE, and SCOTT ANDERSON,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants' Unopposed Motion to Amend Scheduling Order to Extend Expert Disclosure Deadlines (the "Motion"). [#47, filed April 1, 2015]. Pursuant to the Order Referring Case dated August 29, 2014 [#10] and the memorandum dated April 3, 2015 [#49], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED:

1. The Parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 8, 2015**;

2. The Parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 8, 2015**; and

3. The discovery cutoff date is extended to **June 22, 2015** for the sole purpose of allowing Parties to depose rebuttal experts.

All other dates currently pending shall remain the same.

DATED: April 9, 2015