# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 14-cv-02376-CMA-BNB

ROBERT STEELE,

    Plaintiff,

v.

STALLION ROCKIES LTD,
STALLION OILFIELD SERVICES LTD,
ANTHONY "BART" STEELE, and
SCOTT ANDERSON,

    Defendants.

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS ANTHONY "BART" STEELE AND SCOTT ANDERSON
_____

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice of Defendants Anthony "Bart" Steele and Scott Anderson (Doc. # 52). Being fully advised in the premises, the Court hereby GRANTS the parties' Stipulation for Dismissal. Accordingly, IT IS ORDERED that Plaintiff Robert Steele's tortious interference with contract claim (i.e., his Sixth Claim for relief) is DISMISSED WITH PREJUDICE. Plaintiff Robert Steele, Defendant Anthony "Bart" Steele, and Defendant Scott Anderson will each bear his own costs and attorneys' fees in connection with the litigation of Plaintiff's tortious interference with contract claim. It is

FURTHER ORDERED that Defendants Anthony "Bart" Steele and Scott Anderson are dismissed as parties to this action, with prejudice, and the case caption

shall be amended to remove Anthony "Bart" Steele and Scott Anderson as named Defendants.   It is

FURTHER ORDERED that the pending Motion to Dismiss of Defendants Anthony Steele and Scott Anderson (Doc. # 20), filed on September 24, 2014, is hereby DENIED as MOOT.

DATED: April 29, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge