**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02376-CMA-NYW

ROBERT STEELE,

    Plaintiff,

v.

STALLION ROCKIES LTD, and
STALLION OILFIELD SERVICES LTD,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming May 7, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on May 26, 2015 it is

    ORDERED that the Recommendation of United States Magistrate Judge Nina Y. Wang (Doc. 58) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

    FURTHER ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim (Doc. # 19) is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE and that this case is DISMISSED in its entirety. It is

FURTHER ORDERED that Final Judgment is hereby entered in favor of Defendants Stallion Rockies Ltd and Stallion Oilfield Services Ltd and against Plaintiff Robert Steele.

Dated at Denver, Colorado this 27th day of May, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk